THEODORA B. FROST, Individually and as Executrix of GEORGE S. FROST, Deceased, Respondent, *v.* A. PIERRE BACHMAN, as Executor of CHARLES G. HENSLEY, Deceased, Appellant.

Argued June 12, 1940; decided July 24, 1940.

*A. Pierre Bachman*, appellant, in person.
*John F. Finn, Jr.*, for respondent.

Order affirmed and judgment absolute ordered appellant on the stipulation, with costs in all courts. No opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and SEARS, JJ.